■ In the Matter of HAROLD E. PETERSON, Appellant, v HERBERT B. RAY, as Judge of the Family Court of Broome County, et al., Respondents.—Appeal from a judgment of the Supreme Court (Fischer, J.), entered January 13, 1988 in Broome County, which dismissed petitioner's application, in a proceeding pursuant to CPLR article 78, to prohibit respondent Broome County Family Court Judge from holding a hearing on counsel fees.

Appeal dismissed, as moot, without costs. Mahoney, P. J., Kane, Weiss, Mikoll and Harvey, JJ., concur. [See, 138 Misc 2d 31.]